Dennis J. ROBERTS II, Attorney General

v.

PROVIDENCE WATER SUPPLY BOARD.

No. 81–331–M.P.

Supreme Court of Rhode Island.

July 23, 1981.

Dennis J. Roberts II, Atty. Gen., John R. McDermott, Special Asst. Atty. Gen., for petitioner.

William J. McGair, Providence, for respondent.

### ORDER

The petitioner's motion for a partial stay of the order of the Public Utilities Commission as prayed is denied.

WEISBERGER, J., did not participate.